```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
             -v-                      :    05cr653-4 (DLC)
                                      :
NILDA DEJESUS DAS GRACAS,             :         ORDER
                                      :
                         Defendant.   :
                                      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's motion to dismiss the indictment filed February 5, 2024, it is hereby

ORDERED that the Government shall file its opposition to the motion by March 1, 2024. The defendant shall file any reply by March 15. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 6, 2024

                                              _____
                                                    DENISE COTE
                                              United States District Judge