**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 7, 2024

**BY ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Nilda DeJesus Das Gracas*, 05 Cr. 653 (DLC)

Dear Judge Cote:

   The Government writes to respectfully request a two-week extension to respond to the motion filed by defendant Nilda DeJesus Das Gracas to dismiss the indictment in this case. The Government requests this additional time in order to locate and retrieve archived paper records that are necessary to appropriately respond to the defendant's motion. Accordingly, the Government proposes an adjusted briefing schedule in which the Government will file its opposition by March 15, 2024, and the defendant will file her reply by March 29, 2024. The Government has consulted with defense counsel, who consents to this request.

                              Sincerely,

                              DAMIAN WILLIAMS
                              United States Attorney

                         By:  _____
                              Ryan T. Nees
                              Assistant United States Attorney
                              Southern District of New York
                              ryan.nees@usdoj.gov
                              212-637-1595

Cc: Counsel of Record (by ECF)

Granted.
*[signature]*
2/8/24